Courtney Michelle DAVIDSON, et al., Appellants,

v.

Nathan E. JOLES, et al., Respondents.

No. WD 42523.

Missouri Court of Appeals, Western District.

March 27, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

William H. Pickett, Marcia J. Lamkin, Kansas City, for appellants.

Thomas R. Hill, James R. Wyrsch, Kansas City, for respondents.

Before KENNEDY, P.J., and LOWENSTEIN and TURNAGE, JJ.

### ORDER

PER CURIAM.

Plaintiffs appeal a summary judgment in favor of defendant Sinclair Marketing, Inc., in plaintiffs' personal injuries claim.

Judgment affirmed. Rule 84.16(b).